1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company and plaintiff The Bank of New York Mellon, by and through their respective attorneys of record, which hereby agree and stipulate as follows:

 1. On October 18, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

 2. On December 1, 2020, BONY served its complaint on Fidelity (ECF No. 7.);



3. Fidelity's response to BONY's complaint is currently due on December 22, 2020;

4. Counsel for Fidelity is requesting a 30-day extension until January 21, 2020 for Fidelity to file its response to BONY's complaint to afford Fidelity's counsel additional time to review and respond to BONY's complaint.

5. Counsel for BONY does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Fidelity's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Fidelity's deadline to respond to the complaint is hereby extended through and including January 21, 2021.

Dated:  December 15, 2020            SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
      KEVIN S. SINCLAIR
      Attorneys for Defendants
      CHICAGO TITLE INSURANCE COMPANY

Dated:  December 15, 2020            AKERMAN LLP

By:   /s/-Ariel E. Stern
      ARIEL E. STERN
      Attorneys for Plaintiff
      THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED**

**DATED:** 3:23 pm, December 18, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

