ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a
The Bank of New York as Trustee for the Holders
of the SAMI II Trust 2006-AR7*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, AS SUCCESSOR TO UNITED CAPITAL TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No. 2:20-cv-02124-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7 (**BoNYM**), and Fidelity National Title Insurance Company (**Fidelity**), hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **February 16, 2021**, to file its response to Fidelity's motion to dismiss, which is currently due on February 2, 2021, pursuant to ECF No. 10.  Fidelity's motion to dismiss was filed on January 19, 2021.

///

56328621;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of February, 2021.

| | |
|---|---|
| **AKERMAN LLP**<br><br>/s/ Jamie K. Combs<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7* | /s/ Kevin S. Sinclair<br>SCOTT E. GIZER, ESQ.<br>Nevada Bar No. 12216<br>SOPHIA S. LAU, ESQ.<br>Nevada Bar No. 13365<br>**EARLY SULLIVAN WRIGHT GIZER & MCRAE**<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br><br>KEVIN S. SINCLAIR, ESQ.<br>Nevada Bar No. 12277<br>**SINCLAIR BRAUN LLP**<br>16501 Ventura Boulevard, Suite 400<br>Encino, CA 91436<br><br>*Attorneys for Fidelity National Title Insurance Company* |

**ORDER**

IT IS SO ORDERED:



DATED this 1st day of February, 2021.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572