1  Scott E. Gizer, Esq., Nevada Bar No. 12216
      sgizer@earlysullivan.com
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
      slau@earlysullivan.com
3  EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7     ksinclair@sinclairbraun.com
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MOTION TO DISMISS AND RESPOND TO COUNTERMOTION TO CERTIFY QUESTIONS  [ECF Nos. 13, 14]**<br><br>**(FIRST REQUEST)** |

    COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

    1.    On October 18, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

    2.    On January 19, 2021 Fidelity filed its motion to dismiss BONY's complaint. (ECF

1  No. 10.);

2      3. On February 16, 2021, BONY filed its opposition to Fidelity's motion to dismiss
3  (ECF No. 13) and also filed a countermotion to certify questions to the Nevada Supreme Court.
4  (ECF No. 14);

5      4. Fidelity's reply supporting its motion to dismiss is due on February 23, 2021, while
6  its response to BONY's countermotion to certify questions is due on March 2, 2021;

7      5. Counsel for Fidelity is requesting a two-week extension of its deadline to file a
8  reply supporting its motion to dismiss and a one-week extension of its deadline to file a response
9  to BONY's countermotion, both until March 9, 2021, to afford Fidelity's counsel additional time
10  to review and respond to BONY's opposition and countermotion and to afford BONY's counsel
11  additional time to consider Fidelity's offer to stipulate to the filing of the proposed amended
12  complaint (i.e., ECF No. 13-11).

13      6. Counsel for BONY does not oppose the requested extension;

14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

7. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to file a reply to the motion to dismiss and to file a response to the countermotion to certify questions are both hereby extended through and including March 9, 2021.

Dated: February 19, 2021                SINCLAIR BRAUN LLP


                                        By:   /s/-Kevin S. Sinclair
                                              KEVIN S. SINCLAIR
                                              Attorneys for Defendants
                                              FIDELITY NATIONAL TITLE INSURANCE
                                              COMPANY

Dated: February 19, 2021                AKERMAN LLP


                                        By:   /s/-Jamie K. Combs
                                              JAMIE K. COMBS
                                              Attorneys for Plaintiff
                                              THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

   Dated this  24th  day of   February   , 2021.

                                        _____
                                        RICHARD F. BOULWARE
                                        UNITED STATES DISTRICT JUDGE

