Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>  Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT AND DENY PENDING MOTIONS AS MOOT** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On October 18, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

2. On January 19, 2021 Fidelity filed its motion to dismiss BONY's complaint. (ECF

No. 10.);

3. On February 16, 2021, BONY filed its opposition to Fidelity's motion to dismiss (ECF No. 13) and also filed a countermotion to certify questions to the Nevada Supreme Court. (ECF No. 14);

4. BONY submitted a proposed amended complaint in conjunction with its opposition to Fidelity's motion to dismiss. (ECF No. 13-11.);

5. BONY and Fidelity have agreed to stipulate to BONY filing its proposed amended complaint as the operative first amended complaint in this action;

**IT IS SO STIPULATED** that BONY is granted leave to file its proposed amended complaint (ECF No. 13-11) as the operative first amended complaint in this action. Fidelity's motion to dismiss (ECF No. 10) and BONY's countermotion to certify questions to the Nevada Supreme Court (ECF No. 14) are denied as moot, without prejudice to the parties seeking similar relief in conjunction with the first amended complaint.

Dated:  March 3, 2021                   SINCLAIR BRAUN LLP


By:   */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendant
     FIDELITY NATIONAL TITLE INSURANCE
     COMPANY

Dated:  March 3, 2021                   AKERMAN LLP


By:   */s/-Jamie K. Combs*
     JAMIE K. COMBS
     Attorneys for Plaintiff
     THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

    Dated this   10th   day of    March        , 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

