1 | Scott E. Gizer, Esq., Nevada Bar No. 12216
  |   *sgizer@earlysullivan.com*
2 | Sophia S. Lau, Esq., Nevada Bar No. 13365
  |   *slau@earlysullivan.com*
3 | EARLY SULLIVAN WRIGHT
  |   GIZER & McRAE LLP
4 | 8716 Spanish Ridge Avenue, Suite 105
  | Las Vegas, Nevada 89148
5 | Telephone:  (702) 331-7593
  | Facsimile:  (702) 331-1652
6 |
7 | Kevin S. Sinclair, State Bar Number 12277
  |   *ksinclair@sinclairbraun.com*
8 | SINCLAIR BRAUN LLP
  | 16501 Ventura Blvd, Suite 400
9 | Encino, California 91436
  | Telephone:  (213) 429-6100
10 | Facsimile:  (213) 429-6101

11 | Attorneys for Defendant
   | FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 | DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 | PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 | Gary L. Compton, State Bar No. 1652
   | 2950 E. Flamingo Road, Suite L
15 | Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BANK OF NEW YORK MELLON, | Case No.: 2:20-CV-02124-RFB-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [ECF No. 19]** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | **(FIRST REQUEST)** |
| Defendant. | |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1.      On November 18, 2020 BONY filed its complaint in the instant action. (ECF No. 1.);

2.      On March 11, 2021, the Court granted the parties stipulation for leave to amend the complaint (ECF No. 18);

3.      On March 11, 2021, BONY filed its first amended complaint in the instant action (ECF No. 19);

4.      Fidelity's response to the first amended complaint is currently due on March 25, 2021;

5.      Counsel for Fidelity is requesting a two-week extension of its deadline to file a response to the first amended complaint, until April 8, 2021, to afford Fidelity's counsel additional time to review and respond to BONY's first amended complaint.

6.      Counsel for BONY does not oppose the requested extension;

7.      This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to file a response to the first amended complaint is hereby extended through and including April 8, 2021.

Dated:  March 22, 2021                    SINCLAIR BRAUN LLP


By:   _/s/-Kevin S. Sinclair_____
        KEVIN S. SINCLAIR
        Attorneys for Defendant
        FIDELITY NATIONAL TITLE INSURANCE
        COMPANY

Dated:  March 22, 2021                    AKERMAN LLP


By:   _/s/-Jamie K. Combs_____
        JAMIE K. COMBS
        Attorneys for Plaintiff
        THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

        Dated March 26, 2021.

_____
Brenda Weksler
United States Magistrate Judge

**STIPULATION AND ORDER**

