Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT [ECF No. 25]**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On November 18, 2020 BONY filed its complaint in the instant action. (ECF No. 1);



1
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

2. On March 11, 2021, the Court granted the parties stipulation for leave to amend the complaint (ECF No. 18);

3. On March 11, 2021, BONY filed its first amended complaint in the instant action (ECF No. 19);

4. On April 5, 2021 Fidelity filed its motion to dismiss the first amended complaint (ECF No. 25);

5. On May 3, 2021, BONY filed its opposition to Fidelity's motion to dismiss the first amended complaint (ECF No. 28);

6. Fidelity's deadline to file a reply in support of its motion to dismiss the first amended complaint is May 10, 2021;

7. Counsel for Fidelity is requesting a two-week extension of its deadline to file a reply in support of its motion to dismiss the first amended complaint, until May 24, 2021, to afford Fidelity's counsel additional time to review and respond to BONY's opposition to Fidelity's motion to dismiss the first amended complaint.

8. Counsel for BONY does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

9. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's deadline to file a reply in support of its motion to dismiss the first amended complaint is hereby extended through and including May 24, 2021.

Dated: May 4, 2021            SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: May 4, 2021            AKERMAN LLP

By: /s/-Jamie K. Combs
JAMIE K. COMBS
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

Dated this 6th day of May, 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

