Scott E. Gizer, Esq., Nevada Bar No. 12216
 sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
 slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

 COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY") (collectively, the Parties), by and through their respective attorneys of record, hereby submit their Stipulation to Extend Discovery Deadlines by ninety (90) days in accordance with Local Rule 26-3 and Local Rule IA 6-1. The Parties are requesting an extension to the discovery deadlines to afford BONY additional time to



**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

continue to produce its documents, including its loan file for the subject transaction and the file from the underlying litigation. Based on the volume of the documents at issue, and the Parties' desire to resolve certain pending discovery disputes without Court involvement, the Parties request an additional ninety (90) days in order to complete discovery.

The request for an extension is supported by good cause in compliance with LR 26-3, has been brought in good faith, is the first request for an extension of time to the discovery deadlines and is not intended to cause delay.

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

The Parties conducted the FRCP 26(f) conference on February 19, 2021. Thereafter, the Parties submitted their proposed Stipulated Discovery Plan and Scheduling Order on March 23, 2021 (ECF No. 21). On March 26, 2021 the Court entered the Scheduling Order (ECF No. 22), setting the following deadlines:

- Discovery Cutoff: September 16, 2021
- Dispositive Motion Cutoff: October 18, 2021; and
- Pretrial Order Deadline: November 17, 2021, or 30 days after resolution of dispositive motions

The Parties have completed the following discovery to date:

- Fidelity's Initial Disclosure of Witness and Documents, April 12, 2021;
- BONY's Initial Disclosure of Witness and Documents, April 12, 2021;
- BONY's First Supplemental Disclosure of Witness and Documents, May 3, 2021;
- BONY's Second Supplemental Disclosure of Witness and Documents, June 16, 2021;
- BONY's Third Supplemental Disclosure of Witness and Documents, June 16, 2021;
- BONY's Fourth Supplemental Disclosure of Witness and Documents, June 30, 2021;
- Fidelity's Initial Expert Witness Disclosure with Report, July 19, 2021;
- BONY's Fifth Supplemental Disclosure of Witness and Documents, September 7,



2021;

The following discovery is in progress:

- Fidelity's Subpoenas to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action to various third parties, notice of which was provided to BONY on June 24, 2021;
- Fidelity's First Set of Requests for Production, Requests for Admission, and Interrogatories to BONY, served on July 6, 2021.
- BONY's document production.

B. **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties need to conduct the following discovery:

- Final agreement on the terms of a Stipulated Protective Order and the Court's entry of the same;
- Deposition of FRCP 30(b)(6) Witness for BONY;
- Deposition of FRCP 30(b)(6) Witness for Fidelity;
- Deposition of various fact and expert witnesses; and
- Such other discovery that may be deemed necessary or appropriate.

C. **THE REASONS WHY THE DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

Fidelity noticed the deposition of BONY's Fed. R. Civ. P. 30(b)(6) designee for November 9, 2021. BONY's counsel advised that Akerman LLP will be withdrawing from this action as counsel for BONY, and that new counsel would need to be involved in the process of scheduling and defending BONY's deposition. For that reason, BONY's counsel stated that BONY could not proceed on the date noticed, and that BONY would need to reschedule the deposition once new counsel has appeared in the case. The parties anticipate that the testimony given at the deposition of BONY's 30(b)(6) designee will likely prompt the need for additional depositions, and so the parties seek a 60-day extension of their existing discovery deadlines to

allow Akerman LLP to substitute out of the case, to allow new counsel to get up to speed on the file, and to allow Fidelity additional time to complete its investigation. Finally, with the holidays imminent, the parties anticipate scheduling conflicts. Extending discovery by two months would not significantly delay resolution; discovery would close by February of next year (approximately three months from today's date) so the case would still be ready for submission to the court on summary judgment and/or trial by the spring of 2022. In accordance with Local Rule 26-3, good cause exists for an extension to the discovery deadlines in order to allow the Parties to complete discovery and resolve any disputes following the entry of a stipulated protective order in this case.

### D. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The Parties request that the current Scheduling Order (ECF No. 22) be extended as follows:

1. Discovery Cutoff: currently December 17, 2021, **desired February 15, 2022**;
2. Dispositive Motion Cutoff: currently January 14, 2022, **desired March 15, 2022**; and,

//
//
//
//
//
//
//
//
//
//
//
//
//

3. Last Day to File Joint Pre-Trial Order: currently February 18, 2021, **desired April 14, 2022**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision of the dispositive motions. The disclosure required by FRCP 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS SO STIPULATED.**

Dated:  November 16, 2021        SINCLAIR BRAUN LLP

By:  */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  November 16, 2021        AKERMAN LLP

By:  */s/-Ariel E. Stern*
ARIEL E. STERN
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON

### Order

IT IS ORDERED that ECF No. 37 is GRANTED in part and DENIED in part. It is granted to the extent the parties request a 60-day extension, as demonstrated in their new, proposed deadlines. It is denied to the extent they request a 90-day extension on page 1, as this appears to be a typographical error.

IT IS SO ORDERED
**DATED:** 10:25 am, November 17, 2021

**BRENDA WEKSLER**
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

