Scott E. Gizer, Esq., Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION TO STAY DISCOVERY AND TO VACATE THE SCHEDULING ORDER PENDING THE RESOLUTION OF FIDELITY'S MOTION TO DISMISS (ECF NO. 25)** |

Plaintiff Bank of New York Mellon ("BONY") and defendant Fidelity National Title

Insurance Company ("Fidelity") (collectively, the "Parties"), by and through their undersigned

counsel, stipulate and agree as follows, subject to the approval of the District Court:

Whereas, BONY filed this action in the United States District Court on November 18,

2020 (ECF No. 1);



**STIPULATION TO STAY CASE**

Whereas, BONY filed a first amended complaint on March 11, 2021 (ECF No. 19);

Whereas, On April 5, 2021, Fidelity moved to dismiss the first amended complaint based upon an argument that BONY breached the prompt notice provision of the subject title insurance policy (ECF No. 25);

Whereas, the parties agree that the interests of efficiency and judicial economy are best served by staying discovery in this case and vacating the scheduling order until the District Court resolves Fidelity's motion to dismiss.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Discovery in the instant action shall immediately be **STAYED**.

2. The scheduling order previously entered in this action shall be hereby **VACATED**.

3. If the District Court denies Fidelity's motion to dismiss, then the parties shall submit a new scheduling order within 30 days of when the District Court issues that order.

Dated:  December 29, 2021          WRIGHT, FINLAY & ZAK

By:   _/s/-Darren T. Brenner_____
DARREN T. BRENNER
Attorneys for Plaintiff
BANK OF NEW YORK MELLON

Dated:  December 29, 2021          SINCLAIR BRAUN LLP

By:   _/s/-Kevin S. Sinclair_____
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED**

**DATED:** 12:05 pm, January 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

