Scott E. Gizer, Esq., Nevada Bar No. 12216
   sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
   slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-CV-02124-RFB-BNW<br><br>**STIPULATION RE: STAY OF CASE AND DEADLINE TO SUBMIT SCHEDULING ORDER**<br><br>**FIRST REQUEST**<br><br>**(ECF NOS. 43 AND 47)** |

     Plaintiff Bank of New York Mellon ("BONY") and defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:

     Whereas, BONY filed this action in the United States District Court on November 18, 2020 (ECF No. 1);



1  Whereas, BONY filed a first amended complaint on March 11, 2021 (ECF No. 19);

2  Whereas, On April 5, 2021, Fidelity moved to dismiss the first amended complaint based

3  upon an argument that BONY breached the prompt notice provision of the subject title insurance

4  policy (ECF No. 25);

5  Whereas, the parties agreed to stay discovery in this action and to vacate the scheduling

6  order pending the disposition of Fidelity's motion to dismiss (ECF No. 42);

7  Whereas the Court granted the parties' stipulation on January 3, 2022 (ECF No. 43);

8  Whereas the Court denied Fidelity's motion to dismiss on March 25, 2022 and directed

9  the parties to submit a new proposed scheduling order within 14 days (in other words, by April 8,

10  2022) (ECF No. 47);

11  Whereas the parties have started but have not yet completed their Fed. R. Civ. P. 26(f)

12  conference. The parties are assessing whether settlement is a possibility and whether

13  circumstances of this particular case may justify continuing the previously entered stay for a

14  limited period of time;

15  Whereas Plaintiff's counsel will be out of town next week;

16  Whereas the parties respectfully agree that the interests of efficiency and judicial economy are

17  best served by 14-day extension to the current deadline to submit a proposed scheduling order

18  and/or their request to continue the stay should the parties agree it appropriate to do so.

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //



**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows: The parties shall have until Friday, April 22, 2022 to either submit a proposed scheduling order or a stipulation to extend the stay of this case.

Dated: April 8, 2022					WRIGHT, FINLAY & ZAK

							By:  /s/-Darren T. Brenner
							DARREN T. BRENNER
							Attorneys for Plaintiff
							BANK OF NEW YORK MELLON

Dated: April 8, 2022					SINCLAIR BRAUN LLP

							By:  /s/-Kevin S. Sinclair
							KEVIN S. SINCLAIR
							Attorneys for Defendant
							FIDELITY NATIONAL TITLE INSURANCE
							COMPANY

**IT IS SO ORDERED.**

Dated this  11th  day of    April   , 2022.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

