# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, AS SUCCESSOR TO UNITED CAPITAL TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:20-cv-02124-ART-BNW<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE TO CONTINUE STAY, OR IN THE ALTERNATIVE, FILE A PROPOSED DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7 ("BONY") and Defendant, Fidelity National Title Insurance Company, as successor to United Capital Title Insurance Company ("Fidelity"), by and through their undersigned counsel, stipulate and agree as follows:

1. On March 11, 2021, BONY filed its Amended Complaint against Fidelity [ECF No. 19];

2. Thereafter, on May 2, 2022, the Court ordered that the stay in the instant action shall be extended six (6) months, through October 28, 2022 [ECF No. 51]. The Court ordered the Parties to file a Joint Status Report by October 21, 2022. *Id.*;

3. On October 21, 2022, the Parties filed a Joint Status Report informing the Court that the Parties are evaluating whether to continue the stay of this case and requesting a thirty (30) day deadline to submit a stipulation or motion to extend the stay, or in the alternative, a new Discovery Plan [ECF No. 53];

4. The Parties are still discussing whether to continue the stay of this case and are requesting an additional thirty (30) days, through and including December 21, 2022, to file their stipulation or motion to extend the stay, or in the alternative, a new Discovery Plan;

5. Counsel for Fidelity does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7*

DATED this 21st day of November, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant, Fidelity National Title Insurance Company, as successor to United Capital Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 23rd day of November, 2022.

_____
Anne R. Traum
United States District Judge