1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, AS SUCCESSOR TO UNITED CAPITAL TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:20-cv-02124-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO CONTINUE STAY, OR IN THE ALTERNATIVE, FILE A PROPOSED DISCOVERY PLAN**<br><br>**(Third Request)** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7 ("BONY") and Defendant, Fidelity National Title Insurance Company, as successor to United Capital Title Insurance Company ("Fidelity"), by and through their undersigned counsel, stipulate and agree as follows:

1.    On March 11, 2021, BONY filed its Amended Complaint against Fidelity [ECF No. 19];

2.    Thereafter, on May 2, 2022, the Court ordered that the stay in the instant action shall be extended six (6) months, through October 28, 2022 [ECF No. 51].

3.      On October 21, 2022, the Parties filed a Joint Status Report informing the Court that the Parties are evaluating whether to continue the stay of this case and requesting a thirty (30) day deadline to submit a stipulation or motion to extend the stay, or in the alternative, a new discovery plan [ECF No. 53];

4.      On December 21, 2022, the Parties submitted a stipulation to extend the deadline to submit a stipulation or motion to extend the stay, or in the alternative, a new discovery plan until January 20, 2023 [ECF No. 58]. That stipulation remains pending the Court's approval.

5.      Counsel for BONY needs additional time to confer with its client as to whether to continue the stay of this case in light of the recent holidays. BANA requests an additional fourteen (14) days, through and including February 3, 2023, to file the stipulation or motion to extend the stay, or in the alternative, a new discovery plan;

6.      Counsel for Fidelity does not oppose the requested extension;

7.      This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 20th day of January, 2023.          DATED this 20th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP                     SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*                 */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.                       Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                          Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117                       Encino, California 91436
*Attorneys for Plaintiff, The Bank of New*    *Attorneys for Defendant, Fidelity National Title*
*York Mellon f/k/a The Bank of New York as*   *Insurance Company, as successor to United*
*Trustee for the Holders of the SAMI II Trust* *Capital Title Insurance Company*
*2006-AR7*

### ORDER
**IT IS SO ORDERED**

**DATED:** 5:11 pm, January 24, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**