**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, AS SUCCESSOR TO UNITED CAPITAL TITLE INSURANCE COMPANY; DOES I THROUGH X; AND ROE CORPORATIONS I THROUGH X,<br><br>Defendants. | Case No.: 2:20-cv-02124-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7 and Defendant Fidelity National Title Insurance Company, as Successor to United Capital Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 16th day of October, 2023.                                    DATED this 16th day of October, 2023.

WRIGHT, FINLAY & ZAK, LLP                                         EARLY SULLIVAN WRIGHT
                                                                                              GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*                                                      */s/ Scott E. Gizer*
Lindsay D. Dragon, Esq.                                                    Scott E. Gizer, Esq.
Nevada Bar No. 13474                                                       Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200                                        8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89117                                                          Las Vegas, Nevada 89148
*Attorney for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Holders of the SAMI II Trust 2006-AR7*           *Attorneys for Defendant, Fidelity National Title Insurance Company, as successor to United Capital Title Insurance Company*

**IT IS SO ORDERED.**

DATED: October 19, 2023                                    _____
                                                                                      Anne R. Traum
                                                                                      United States District Judge

Page 2 of 2